UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-07378-SB-E | Date: | March 7, 2022 |
|---|---|---|---|

| Title: | *Marta Mesina Gavino v. Costco Wholesale Corporation et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER TO SHOW CAUSE RE: SANCTIONS

On March 7, 2022, Magistrate Judge Charles Eick took the parties' settlement conference off calendar because Plaintiff failed to timely comply with paragraph 7 of Judge Eick's settlement conference order, which requires each party to submit a settlement conference statement. Dkt. Nos. 16, 18.

IT IS HEREBY ORDERED that Plaintiff is to show cause and file a response declaration **by no later than March 14, 2022** why she and/or her counsel should not be sanctioned, including dismissal of this action for failure to prosecute, for failing to timely comply with Judge Eick's settlement conference order. In the declaration, counsel should include whether they or any member of Plaintiff's counsel in this case has ever been the subject of an OSC for failing to follow any court rule or order.

**IT IS SO ORDERED**.